UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SCORNAIERCHI, SANDRA                  § Case No. 10-38924-JS
                                             §
                                             §
                                             §
Debtor(s)                                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DAVID GROCHOCINSKI, TRUSTEE   , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of U.S. Bankruptcy Court
    219 S. Dearborn Street
    Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 04/15/2011 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  03/16/2011           By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                                       Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: SCORNAIERCHI, SANDRA § | Case No. 10-38924-JS |
| § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,500.14 |
| *and approved disbursements of* | $ 4.28 |
| *leaving a balance on hand of* [1] | $ 6,495.86 |

**Balance on hand:**     $     6,495.86

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    6,495.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 1,400.01 | 0.00 | 1,400.01 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 740.00 | 0.00 | 740.00 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 37.38 | 0.00 | 37.38 |

Total to be paid for chapter 7 administration expenses:    $    2,177.39
Remaining balance:    $    4,318.47

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,318.47

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,318.47

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,628.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nordstrom fsb | 734.59 | 0.00 | 58.07 |
| 2 | American Infosource Lp As Agent for Wfnnb | 453.29 | 0.00 | 35.83 |
| 3 | American Infosource Lp As Agent for Wfnnb | 1,170.86 | 0.00 | 92.56 |
| 4 | American Infosource Lp As Agent for | 10,856.83 | 0.00 | 858.25 |
| 5 | Chase Bank USA, N.A. | 8,300.08 | 0.00 | 656.13 |
| 6 | Chase Bank USA, N.A. | 7,383.01 | 0.00 | 583.64 |
| 7 | Capital One Bank (USA), N.A. | 24,924.17 | 0.00 | 1,970.29 |
| 8 | Chase Bank USA,N.A | 805.84 | 0.00 | 63.70 |

Total to be paid for timely general unsecured claims: $ 4,318.47
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $  0.00
Remaining balance:  $  0.00

Prepared By:  /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-38924-JHS
Sandra L Scornaienchi Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: mrahmoun      Page 1 of 2      Date Rcvd: Mar 17, 2011
                        Form ID: pdf006     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2011.
```
db           +Sandra L Scornaienchi,    2731 Curran Court,    Darien, IL 60561-1793
aty          +John J Lynch,    Law Offices of John J Lynch, P.C.,    801 Warrenville Road, Suite 152,
               Lisle, IL 60532-1396
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
16067936     +Advocate Good Samaritan Hospital,    PO Box 93548,    Chicago, IL 60673-3548
16067937     +Anesthesiologists, Ltd.,    185 Penny Ave,    Dundee, IL 60118-1454
16067938     +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
16557931      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
               Oklahoma City, OK  73124-8839
16067939     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16534921      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16675000     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16067941     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
16067942     +Med Busi Bur,    1460 Renaissance Drive Ste 400,    Park Ridge, IL 60068-1349
16067943     +Nationwide Credit & Co,    815 Commerce Dr Ste 100,    Oak Brook, IL 60523-8839
16067945     +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
16067946     +Trauma & Surg Spec of DuPage,    2100 Manchester Rd., Ste. 615,    Wheaton, IL 60187-4587
16067947     +Visa / 4 Seasons,    PO Box 98796,    Las Vegas, NV 89193-8796
16067948    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
               MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court:   Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD 21701)
16067949     +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
16067950     +Wfnnb/Ann Taylor,    Po Box 182273,    Columbus, OH 43218-2273
16067951     +Wfnnb/Pottery Barn,    Po Box 182273,    Columbus, OH 43218-2273
16067952     +Wfnnb/Victorias Secret,    Po Box 182128,    Columbus, OH 43218-2128
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16498514      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 18 2011 01:26:11
               American Infosource Lp As Agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
16498512      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 18 2011 01:26:11
               American Infosource Lp As Agent for Wfnnb,    As Assignee of,    Ann Taylor,    PO Box 248872,
               Oklahoma City, OK  73124-8872
16498510      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 18 2011 01:26:11
               American Infosource Lp As Agent for Wfnnb,    As Assignee of,    Victoria's Secret,
               PO Box 248872,    Oklahoma City, OK  73124-8872
16067940     +E-mail/PDF: cr-bankruptcy@kohls.com Mar 18 2011 01:27:13      Kohls/Chase,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
16067944     +E-mail/Text: bnc@nordstrom.com Mar 17 2011 22:35:15       Nordstrom Fsb,    Po Box 6555,
               Englewood, CO 80155-6555
16496785     +E-mail/Text: bnc@nordstrom.com Mar 17 2011 22:35:15       Nordstrom fsb,    P.O. Box 6566,
               Englewood, CO 80155-6566
                                                                                              TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: mrahmoun              Page 2 of 2                   Date Rcvd: Mar 17, 2011
                              Form ID: pdf006             Total Noticed: 27

                 ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 19, 2011**                         **Signature:**        *Joseph Speetjens*